

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00336-CV

DENISE PAULINE GRAY, Appellant  §  On Appeal from the 355th District Court

V.  §  of Hood County (C2022369)

§  December 12, 2024

LARRY CROSBY, Appellee  §  Memorandum Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Denise Pauline Gray shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker